UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PHOMMAHAXAY, ADAM | ) | Case No. 07-09083-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on May 18, 2007. On August 27, 2010, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,145.00, in compensation for 3.00 hours of services performed for the period September 17, 2007 through present and reimbursement of actual expenses in the amount of $9.78.

3. A description of the nature of the services rendered by the Applicant is as follows:

<u>Automatic Stay</u>

Secured creditor sought relief from the stay prior to Trustee having determined whether the property contained equity. Cohen and Krol appeared on the Trustee's behalf at the presentation of the motion for relief from stay. Cohen and Krol expended 1 hour in the activity of Automatic Stay.

<u>Settlement</u>

Debtor offered to purchase Estate's right, title and interest in his vehicle. Cohen and Krol prepared and presented trustee's motion to accept the Debtor's offer. Cohen and Krol expended 2 hours in the activity Settlement.

**EXHIBIT G**

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2007 | 2.00 | 375.00 | 750.00 |
| GINA B. KROL/GBK2008 | 1.00 | 395.00 | 395.00 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,145.00 and reimbursement of actual and necessary expenses of $9.78 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: October 4, 2010                                    /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**