UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: § 
 §
PHOMMAHAXAY, ADAM § Case No. 07-09083 SQU
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         CLERK OF BANKRUPTCY COURT
         KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/14/2011 in Courtroom 4016,
         United States Courthouse
         505 N. County Farm Rd.
         Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/22/2010           By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
        §
PHOMMAHAXAY, ADAM    §    Case No. 07-09083 SQU
        §
    Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,525.48 |
| and approved disbursements of | $ | 16.02 |
| leaving a balance on hand of[1] | $ | 6,509.46 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: GINA B. KROL | $ 1,402.55 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 1,145.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Cohen & Krol | $ 0.00 | $ 9.78 |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 636.69  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Calvary Portfolio Services LLC* | $ 636.69 | $ 636.69 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 15,218.79  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 21.8 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Unifund CCR Partners | $ 12,450.96 | $ 2,712.46 |
| 000006 | Unifund CCR Partners | $ 2,767.83 | $ 602.98 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster             Page 1 of 1                   Date Rcvd: Nov 23, 2010
Case: 07-09083                Form ID: pdf006             Total Noticed: 16

The following entities were noticed by first class mail on Nov 25, 2010.
db           +Adam Phommahaxay,    6277 Gold Circle,    Hanover Park, IL 60133-4919
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Peter L Berk,    Law Office of Peter L. Berk,    79 West Monroe,    Suite 900,
               Chicago, IL 60603-4914
aty          +Yan Teytelman,    Cohen & Krol,    105 West Madison St.,    Suite 1100,    Chicago, IL 60602-4600
tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11373280     +Blatt Hasenmiller et al.,    125 South Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
11373281    ++++CALVARY PORTFOLIO SERVICES LLC,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-5101
              (address filed with court: Calvary Portfolio Services LLC,    7 Skyline Drive 3rd Floor,
               Hawthorne, NY 10532)
11373282     +Capital One Bank,    11013 W Broad St,    Glen Allen, VA 23060-5937
11373285     +Ltd Finc Svc,    7322 Southwest Fre Suite 1600,    Houston, TX 77074-2053
16082390     +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinnati, Ohio 45242-2846
11373286     +Unifund CCR Partners,    Adler & Associates,    25 E Washington St Suite 500,
               Chicago, IL 60602-1703
11373287     +United Financial,    333 Washington Blv Pmb 153,    Marina Del Rey, CA 90292-5136
11373288     +Wells Fargo Home Mortgage,    625 Maryville Centre Dr,    Saint Louis, MO 63141-5834

The following entities were noticed by electronic transmission on Nov 24, 2010.
11373279     +E-mail/PDF: LR@arthuradler.com Nov 24 2010 03:44:05     Adler & Associates,   25 E. Washington,
               Suite 500,   Chicago, IL 60602-1703
11373284     +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2010 01:34:16     Jc Penney,   Po Box 981402,
               El Paso, TX 79998-1402
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
11373283    ##+Dependon Collection Se,   7627 W Lake St 210,   River Forest, IL 60305-1878
                                                                                             TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2010**                              **Signature:** _Joseph Speetjens_