UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PHOMMAHAXAY, ADAM § Case No. 07-09083
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One | | | | | |
| | Dependon Collections St. Alexus Hospital | | | | | |
| | JC Penny | | | | | |
| | United Financial Mobile Solution | | | | | |
| 000001 | CALVARY PORTFOLIO SERVICES LLC | | | | | |
| 2 | UNIFUND | | | | | |
| 000002 | UNIFUND CCR PARTNERS | | | | | |
| 000003 | UNIFUND CCR PARTNERS | | | | | |
| 000004 | UNIFUND CCR PARTNERS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | UNIFUND CCR PARTNERS | | | | | |
| 000006 | UNIFUND CCR PARTNERS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1

Case 07-09083 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Desc Main     Page: 1
                         Doc 44 Filed 11/23/11 Entered 11/15/11 11:21:18
                         Document ASSET CASES Page 7 of 12                   Exhibit 8

| | | |
|---|---|---|
| Case No: 07-09083 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: PHOMMAHAXAY, ADAM | Date Filed (f) or Converted (c): | 05/18/07 (f) |
| | 341(a) Meeting Date: | 06/26/07 |
| For Period Ending: 11/02/11 | Claims Bar Date: | 10/17/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6277 GOLD CIRCLE, HANOVER PARK, ILLINOIS | 141,452.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT - HARRIS SAVINGS AND LOAN | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. SAVINGS ACCOUNT - HARRIS SAVINGS AND LOAN | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. ASSORTED BOOKS AND PICTURES | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. WATCH | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. DIGITAL CAMERA | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. 401(K) ACCOUNT - CJT KOOLCARB, INC. | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA ACCOUNT | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11. WORKERS COMPENSATION CLAIM AGAINST EMPLOYER; DUE T | 0.00 | Unknown | DA | 0.00 | FA |
| 12. 1999 ACURA TL | 8,805.00 | 0.00 | | 6,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 25.87 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $193,707.00 | $0.00 | $6,525.87 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for checks to clear. Will prepare TDR

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-09083 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | PHOMMAHAXAY, ADAM | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4493 BofA - Money Market Account |
| Taxpayer ID No: | *******3098 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/02/07 | 12 | Adams K. Phommahaxay<br>6277 Gold Circle<br>Hanover Park, IL 60133 | | 1129-000 | 6,500.00 | | 6,500.00 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.06 | | 6,503.06 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.47 | | 6,506.53 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.11 | | 6,509.64 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.58 | | 6,512.22 |
| 02/11/08 | 000301 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 6.12 | 6,506.10 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.55 | | 6,507.65 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.54 | | 6,509.19 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.33 | | 6,510.52 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.82 | | 6,511.34 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.81 | | 6,512.15 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.83 | | 6,512.98 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.82 | | 6,513.80 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.80 | | 6,514.60 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.63 | | 6,515.23 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.53 | | 6,515.76 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 6,516.09 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,516.14 |
| 02/17/09 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.07 | 6,511.07 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,511.12 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,511.18 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,511.32 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,511.49 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,511.65 |

Page Subtotals    6,522.84    11.19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-09083 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | PHOMMAHAXAY, ADAM | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4493 BofA - Money Market Account |
| Taxpayer ID No: | *******3098 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,511.82 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,511.99 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,512.15 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,512.31 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,512.48 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,512.65 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,512.82 |
| 02/09/10 | 000303 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 4.83 | 6,507.99 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,508.14 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,508.31 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,508.47 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,508.63 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,508.80 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,508.96 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,509.13 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,509.29 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,509.46 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,509.62 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,509.79 |
| 01/13/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,509.85 |
| 01/13/11 | | Transfer to Acct #*******3879 | Final Posting Transfer | 9999-000 | | 6,509.85 | 0.00 |

Page Subtotals  3.03  6,514.68

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.04e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09083 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | PHOMMAHAXAY, ADAM | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4493 BofA - Money Market Account |
| Taxpayer ID No: | *******3098 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | COLUMN TOTALS |  | 6,525.87 | 6,525.87 | 0.00 |
|  |  | Less: Bank Transfers/CD's |  | 0.00 | 6,509.85 | |
|  |  | Subtotal |  | 6,525.87 | 16.02 | |
|  |  | Less: Payments to Debtors |  |  | 0.00 | |
|  |  | Net |  | 6,525.87 | 16.02 | |

Page Subtotals      0.00      0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04e

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 07-09083 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PHOMMAHAXAY, ADAM | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******3879  BofA - Checking Account |
| Taxpayer ID No: | *******3098 |  |  |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/11 |  | Transfer from Acct #*******4493 | Transfer In From MMA Account | 9999-000 | 6,509.85 |  | 6,509.85 |
| 01/14/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,402.55 | 5,107.30 |
| 01/14/11 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court order | 3110-000 |  | 755.07 | 4,352.23 |
| 01/14/11 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenes per Court order | 3120-000 |  | 9.78 | 4,342.45 |
| 01/14/11 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' fees per court order | 3110-000 |  | 389.93 | 3,952.52 |
| 01/14/11 | 003005 | Calvary Portfolio Services LLC<br>7 Skyline Drive 3rd Floor<br>Hawthorne, NY 10532 | Claim 000001, Payment 100.00000%<br>(1-1) Cavalry Portfolio Services<br>LLC as assignee of Sprint | 7100-900 |  | 636.69 | 3,315.83 |
| 01/14/11 | 003006 | Unifund CCR Partners<br>Adler & Associates<br>25 E Washington St Suite 500<br>Chicago, IL 60602 | Claim 000003, Payment 21.78772%<br>(3-1) Credit card - 9907 | 7200-000 |  | 2,712.78 | 603.05 |
| 01/14/11 | 003007 | Unifund CCR Partners<br>Adler & Associates<br>25 E Washington St Suite 500<br>Chicago, IL 60602 | Claim 000006, Payment 21.78783%<br>(6-1) POC<br>(6-1) Modified on<br>9/2/2010 to correct creditor address (GB). | 7200-000 |  | 603.05 | 0.00 |

Page Subtotals    6,509.85    6,509.85

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.04e

LFORM24

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09083 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | PHOMMAHAXAY, ADAM | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3879 BofA - Checking Account |
| Taxpayer ID No: | *******3098 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 6,509.85 | 6,509.85 | 0.00 |
| Less: Bank Transfers/CD's | 6,509.85 | 0.00 | |
| Subtotal | 0.00 | 6,509.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,509.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| BofA - Money Market Account - ********4493 | 6,525.87 | 16.02 | 0.00 |
| BofA - Checking Account - ********3879 | 0.00 | 6,509.85 | 0.00 |
| | ----------------- | ----------------- | ----------------- |
| | 6,525.87 | 6,525.87 | 0.00 |
| | ================= | ================= | ================= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.04e

LFORM24